[No. 10965–8–III.   Division Three.   July 30, 1991.]

PEASE HILL COMMUNITY GROUP, *Respondent,* v. THE
COUNTY OF SPOKANE, ET AL, *Defendants,*
DAN LOSHBAUGH, ET AL,
*Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 89–2–01141–1, Robert D. Austin, J., entered June 22, 1990. *Reversed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.

[No. 10924–1–III.   Division Three.   July 30, 1991.]

EDGAR WARD JONES, ET AL, *as Personal Representatives,*
*Respondents,* v. J&J LOGGING COMPANY, INC.,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88–2–03599–1, Robert D. Austin, J., entered June 4, 1990. *Reversed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.

[No. 10358–7–III.   Division Three.   August 1, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS T.
SWANSON, *Appellant.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 89–1–00002–6, Ted Kolbaba, J., entered September 27, 1989. *Affirmed in part* and *reversed in part* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.